AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| SHAKESQUE SINGLETARY,<br><br>*Plaintiff(s)*<br><br>v.<br><br>THE CITY OF NEW YORK,<br>GLENN BAGGS as aider and abettor,<br>MILAGROS CRUZ as and aider and abettor<br>and FRANK HONAN as and aider and abettor,<br>*Defendant(s)* | Civil Action No. |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* The City of New York
c/o NYC Law Department
100 Church Street
New York, NY 10007

For the Individual Defendants see addendum

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Stewart Lee Karlin, Esq.
Stewart Lee Karlin Law Group, P.C.
111 John Street, 22nd Floor
New York, NY 10038

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------X  **Docket No.**
SHAKESQUE SINGLETARY,

                        Plaintiff,

           *-against-*

THE CITY OF NEW YORK,
GLENN BAGGS as aider and abettor,
MILAGROS CRUZ as and aider and abettor
and FRANK HONAN as and aider and abettor,

                      Defendants.
---------------------------------------------------------------------X

## **ADDENDUM TO SUMMONS IN A CIVIL ACTION**

1. Glenn Baggs
   c/o
   New York City Department of Parks & Recreation
   The Arsenal
   830 Fifth Avenue
   New York, NY 10065

2. Milagros Cruz
   c/o
   New York City Department of Parks & Recreation
   The Arsenal
   830 Fifth Avenue
   New York, NY 10065

3. Frank Honan
   c/o
   New York City Department of Parks & Recreation
   The Arsenal
   830 Fifth Avenue
   New York, NY 10065

Dated: New York, New York
      March 8, 2023

                          STEWART LEE KARLIN
                          LAW GROUP, P.C.

                          _____
                          STEWART KARLIN, ESQ.
                          Attorneys for Plaintiff
                          111 John Street, 22nd Floor
                          New York, NY 10038
                          Tel: (212) 792-9670
                          slk@stewartkarlin.com