# EXHIBIT "B"


# UNITED STATES SOUTHERN DISTRICT COURT OF NEW YORK

## AFFIDAVIT OF SERVICE



*2508255*

Index no : **1:23-CV-02001-JHR**
Date of Purchase: **03/13/2023**

| Plaintiff: | **SHAKESQUE SINGLETARY** |
|---|---|
| Defendant: | **THE CITY OF NEW YORK ETAL ETC** |

STATE OF NEW YORK COUNTY OF NEW YORK ss.:

**YOLER JEAN-BAPTISTE**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the state of New York.

On **05/18/2023** at **2:01 PM**, I served the within **SUMMONS AND COMPLAINT ; CIVIL COVER SHEET** on **FRANK HONAN** at **698 WEST 135TH STREET, C/O PARKS DEPT, New York, NY 10031** in the manner indicated below:

By delivering and leaving a true copy or copies of the aformentioned documents with said **Mr. Hamilton, Co-Worker of the Defendant** a person of suitable age and discretion.

A description of the **Defendant**, or other person served on behalf of the **Defendant** is as follows:

| Sex | Color of skin/race | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Male | WHITE | BROWN | 50 | 5'8" | 210 |
| Other Features: | | | | | |

On **05/23/2023** I deposited in the United States mails a true copy or copies of the aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to said **Defendant** at **698 WEST 135TH STREET, C/O PARKS DEPT, New York, NY 10031**. That address being the **actual place of business of the Defendant**. Copy mailed 1st class mail marked personal & confidential not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

Sworn to and subscribed before me on
05/23/2023

Howard Tauber
Notary Public, State of New York
No. 01TA6321820
Qualified in New York
Commission Expires 03/23/2027

X_____
YOLER JEAN-BAPTISTE
License#: 1139306
AAA Attorney Service Co. of NY, Inc.
20 Vesey Street, Room 1110
New York, NY 10007
(212) 233-3508 Clerk: ~~Cindy~~