# EXHIBIT "C"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

SHAKESQUE SINGLETARY,

                    **Plaintiff,**

     - against -

CITY OF NEW YORK, et al.,

                    **Defendants.**
-------------------------------------------------------------X

23 Civ. 02001 (JHR)

PROPOSED
CLERK'S CERTIFICATE
OF DEFAULT

I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on 03/09/2023 with the filing of a Summons and Complaint. A copy of the Summons and Complaint was served on Defendant **Frank Honan** by personally serving **Mr. Hamilton, Co-Worker of the Defendant**, *and proof of service was therefore filed on 05/26/2023, Doc. #(s) 14.*

I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.

Dated: New York, New York
       July  13  , 2023

                                            RUBY J. KRAJICK
                                            Clerk of Court

                           By: _____
                                            Deputy Clerk